UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of the Application of ) <br> THE PROCTER & GAMBLE COMPANY, ) <br> Petitioner, For an Order Pursuant to 28 U.S.C ) <br> § 1782 to Take Discovery, Pursuant to the Federal ) <br> Rules of Civil Procedure, of Respondents ) <br> Kimberly-Clark Corporation, Kimberly-Clark ) <br> Worldwide, Inc., Paul T. Van Gompel, Jody D. ) <br> Suprise, Robert J. Schleinz, Leona G. Boland, ) <br> Georgia L. Zehner, and Thomas J. Mielke ) | '04 OCT -8 P4:01 <br><br> Case No. 04-MC-46 <br><br> Honorable Lynn Adelman |

## NOTICE OF APPEAL

Notice is hereby given that respondents Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc., Paul T. Van Gompel, Jody D. Suprise, Robert J. Schleinz, Georgia L. Zehner, and Thomas J. Mielke hereby appeal to the United States Court of Appeals for the Seventh Circuit from the orders entered in this action on September 1, 2004, September 13, 2004, and October 8, 2004.

Dated: October 8, 2004

Respectfully submitted,

Michael B. Apfeld
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202
(414) 273-3500

William H. Baumgartner, Jr.
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Counsel for Respondents Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc., Paul T. Van Gompel, Jody D. Suprise, Robert J. Schleinz, Georgia L. Zehner, and Thomas J. Mielke



## CERTIFICATE OF SERVICE

I hereby certify that two copies of the foregoing Notice of Appeal were served upon counsel for The Procter & Gamble Company by delivering said copies to a commercial overnight delivery service on October 8, 2004, with instructions for delivery on the next business day to:

Paul F. Linn
Michael Best & Friedrich LLP
100 East Wisconsin Ave., Suite 3300
Milwaukee, WI 53202-4180

Kenneth R. Adamo
Jones Day
North Point
901 Lakeside Ave.
Cleveland, OH 44141

_____
Michael B. Apfeld