

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

'04 OCT 20 P9:30

October 18, 2004

*By the Court:*

| | |
|---|---|
| PROCTER & GAMBLE COMPANY,<br>    Petitioner-Appellee,<br><br>No. 04-3611              v.<br><br>KIMBERLY-CLARK CORPORATION,<br>KIMBERLY-CLARK WORLDWIDE,<br>INCORPORATED, PAUL T. VAN GOMPEL,<br>et al.,<br>    Respondents-Appellants. | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin.<br>]<br>] No. 04 M 46<br>]<br>] Lynn  Adelman,<br>]      Judge. |

    Upon consideration of the MOTION OF KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK WORLDWIDE, INC. AND THE INDIVIDUAL RESPONDENTS FOR STAY PENDING APPEAL, filed on October 12, 2004, by counsel for the appellants,

    IT IS ORDERED that the motion is GRANTED to the extent that the district court's discovery order is temporarily STAYED pending resolution of the motion. Appellee shall file a response to the motion by November 5, 2004.